1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

10   Franz Wakefield,                          NO. C 09-05420 JW
                                               NO. C 09-05779 HRL
11                   Plaintiff,
          v.                                   **ORDER GRANTING RELATION OF**
12                                             **CASES; DISMISSING AS DUPLICATIVE**
     Apple, Inc., et al.,
13
                     Defendants.
14   _____/

15          The Court *sua sponte* considers whether C 09-5420 and C 09-05779 are related within the

16   meaning of Civ. L.R. 3-12.

17          On November 2, 2009, Plaintiff filed an action in the Central District of California.[1]  Plaintiff

18   then requested the Central Case to be transferred to the Northern District of California.[2]  (Id.)  On

19   December 15, 2009, the Central Case was transferred from the Central District to this district.  (Id.)

20   While Plaintiff's case was in the process of being transferred, Plaintiff filed the Northern Case.  (Id.)

21   On January 4, 2010, Judge Lloyd ordered the cases related.  (Docket Item No. 7.)  This Court now

22   *sua sponte*, relates the 05779 case with its 05420 case.

23
24
25
26   _____

27        [1]  Wakefield v. Apple, Inc., Case No. C 09-05779 HRL ("Central Case"); (See Order Re: C
     09-5779 RS and C 09-5420 HRL, Central Case, Docket Item No. 6.)

28        [2]  Wakefield v. Apple, Inc., Case No. C 09-5420 JW ("Northern Case").

**United States District Court**
For the Northern District of California

1       Upon review of the Complaints in each case, the Court finds them to be identical.  Since the

2  Complaints in each case are identical, the Court dismisses <u>Wakefield v. Apple, Inc.</u>, No. C 09-5779

3  HRL as duplicative.

4       The Clerk shall close C 09-05779.

5

6  Dated:  May 3, 2010

7                                 JAMES WARE
                                 United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Emily L. Maxwell MaxwellE@howrey.com
   Ronald D. Arena rarena@arenahoffman.com
3
   Franz A Wakefield
4  17731 North West 14th Court
   Miami, FL 33169
5

6  **Dated:  May 3, 2010**                    **Richard W. Wieking, Clerk**

7
                                             **By:____/s/ JW Chambers_____**
8                                                **Elizabeth Garcia**
                                                 **Courtroom Deputy**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California